tition for writ of certiorari to the Supreme Court of Washington denied.

No. 736. HARGROVE v. UNITED STATES. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Leo Brewer* and *Warren O. Coleman* for petitioner. *Solicitor General Fahy* and *Mr. Robert S. Erdahl* for the United States.

No. 753. JOHN A. JOHNSON CONTRACTING CORP., FORMERLY J. A. J. CONSTRUCTION CO., ET AL. v. UNITED STATES FOR THE USE AND BENEFIT OF WORTHINGTON PUMP & MACHINERY CORP. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Emanuel Harris* for petitioners. *Mr. Andrew B. Crummy* for respondent.

No. 755. MOTTAZ ET AL. v. SCHEUFLER, SUPERINTENDENT OF INSURANCE, ET AL. April 10, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Sam B. Sebree* and *Edgar Shook* for petitioners. *Messrs. Stanley Bassett* and *Preston Estep* for respondents.

No. 756. AMERICAN CREOSOTING Co. v. NATIONAL LABOR RELATIONS BOARD. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Kenneth Gardner* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.